

JAMES B. BAILEY
(*pro se DEBTOR*)
8639 w. Quail Ridge dr.
White Hills, AZ 86445
928-377-0493


FILED
JUN 0 8 2017


UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re; James Bradley Bailey,

    Debtor,

**Hearing Date:** _____
**Hearing Time:** _____
**Location:** Courtroom 603
U.S. Courthouse and Federal Building,
230 North 1st Avenue, Suite 101,
Phoenix, AZ 85003

Case No: **0:15-BK-12662-DPC**
Chapter: **7**

THE HONORABLE;
CHIEF JUDGE DANIEL P. COLLINS

LAWRENCE J WARFIELD, TRUSTEE,

## DEBTORS MOTION TO DISPOSE OF NON EQUITY PROPERTY

NOTICE OF JULY 10, 2017 BAR DATE TO OBJECT TO DEBTORS MOTION

TO THIS HONORABLE COURT, TRUSTEES, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

  James Bradley Bailey (hereinafter referred to as "Debtor Bailey") hereby moves this Honorable Court for an ORDER granting Bailey permission to "Deed Away" a real property that has no available value or equity and would be considered a NON valuable asset to the Court, Trustee or Creditors. Bailey has included and attached herein; facts, exhibits, affidavit, points and authorities, a proposed Order and certificate of service as part of this motion. Bailey submits this Motion in good faith and believes that this motion conforms to the Local Rules and Federal Rules of Bankruptcy as required.

1

# I. DECLARATION AFFIDAVIT

Whereas Debtor Bailey; being sworn to tell the truth and under penalty of punishment declares that he has firsthand knowledge of the facts stated herein and if called as a witness could provide these facts to assist the court.

May 29, 2017

                         JAMES BRADLEY BAILEY

# II. INTRODUCTION, POINTS AND AUTHORITIES

This motion comes before this Honorable Court as a result of questions arising from Debtor Baileys filings and schedules of Bankruptcy on October 2, 2015  Whereas a creditor had questioned a real property commonly known as "1008 Putnam ave North Las Vegas. NV 89030" with a Clark County Nevada Tax Map Assessor number of # 139-14-411-035  The Debtor was advised of and adhered to "Rule US 342 "Debtors duties when filing" and after discussion with counsel it was determined that this property was actually technically owned by a terminally ill family relative of the debtor for the past 24 years and that it had no equity or value to the Court, Trustee or Creditors, It was not an income producing property and was severely upside down on the appraised value verses the actual liens and payoffs owed (*see Exhibit 1*) on this property.

# VI. MATERIAL FACTS

a. Debtor Bailey has at all times obeyed all the rules of bankruptcy and all state and federal laws.

b. Debtor Baileys older relative purchased this property 24 years ago and was at the time diagnosed with a terminal illness, The home was financed and refinanced several times to draw cash out for endless medical bills, the relative placed the title to the home into Debtor Baileys name before he passed away with the promise and understanding that the home was to always be available for the relatives family members to have a place to live. Debtor Bailey agreed as best as he could to assist in maintaining the homestead for the family members to have a place to live.

/

c. Debtor Bailey does not pay any of the mortgages, utilities, or payments on this property, there is no income, and the occupants are responsible for and have paid both mortgages, insurance, taxes all utility bills and maintenance and upkeep on the home for 24 years.

d. The 936sqft home was built in 1958 is over encumbered as it has 2 mortgages on it that total $145,000 it also has $1,500 in back taxes owed, the home is livable but has had bare minimum in repairs and no upgrades in 24 years.

e. According to the county assessor the estimated value of the home is approximately $19,500 on the tax roll and estimated by the local realtors to be about $38,000 in its current un-remodeled condition.

f. The occupants are elderly and sickly and rely on this as their homestead, they are all on disability and social security with no savings and no ware to move to, and it would be a tremendous hardship if the occupants were to have to relocate with their pets.

## XII. ACTED IN GOOD FAITH

Debtor Bailey, Clearly believes that he has acted in good faith with regards to fulfilling his relatives wishes by assisting to keep the homestead going, Bailey from time to time has done repairs, fixed leaks, driven the occupants to and from doctor and pharmacy's ect.. Bailey dose not receive compensation but considers his time and labor as a gift toward assisting elderly family members.

## XIX. DISCUSSION

Debtor Bailey is in Bankruptcy and this property serves no need or purpose to the court, having no equity and bringing in no income the home just needs to be deeded back to its rightful owners who occupy the property and have made payments for 24 years on it, The occupants have voiced their opinion that they are worried and don't want to be displaced at their age and constantly remind Bailey that he made a promise to see that they had a place to live for the rest of their lives.

## XXI. CONCLUSION

Debtor Bailey, States that in the best interest of all parties who have resided at the home for 24 years that the home should be deeded back to them and out of Baileys name, The home does not have any value or equity and is in need of many major and minor repairs, the occupants are willing to remain

3

living there and agree to continue making the mortgage and utility taxes and insurance and upkeep if the title is placed into their names, Bailey wants to be relieved of the burden of this property and agrees. Bailey agrees to file a "red lined" updated amended case and schedules to reflect changes to his Bankruptcy filing.

## XXII.  REQUEST FOR RELIEF

**WHEREFORE,** Debtor Bailey requests the following relief:

(a) an **ORDER Allowing this real property to be deeded back to the occupants**

(b) Or if no objection is properly served on this court and parties by July 10, 2017, Debtor Bailey may request the clerk of court to enter a order granting this motion as allowed in (Local Rule 9013-1) with no further notice, hearings or discussions.

(c) Such other and further relief as deemed just and appropriate by the court.

Dated: May 29, 2017,

_____
JAMES BRADLEY BAILEY

Case No. 0:15-BK-12662-DPC
Chapter 7
JAMES B. BAILEY
(*pro se DEBTOR*)
8639 w. Quail Ridge dr.
White Hills, AZ  86445
928-377-0493
.

See attached Certificate of Mailing page 1 and 2

And

EXHIBIT 1

4

# EXHIBIT 1 page 1

Clark County Nevada **Parcel Number** for: **139-14-411-035** between: **1/1/1900** and **6/6/2017**

| First Party Name | First Cross Party Name | Instrument # | Document Type | Record Date |
|---|---|---|---|---|
| BAILEY, JAMES BRADLEY | KELLY, JOHN C | 200201170001393 | DEED OF TRUST | 1/17/2002 2:02:50 PM |
| BAILEY, JAMES BRADLEY | KELLY, JOHN C | 200204300002046 | DEED OF TRUST | 4/30/2002 12:56:08 PM |
| BAILEY, JAMES BRADLEY | KELLY, JOHN C | 200204300002047 | DEED OF TRUST | 4/30/2002 12:56:08 PM |
| KELLY, JACK | UNITED TITLE OF NEVADA | 200204300002044 | SUBSTITUTION/RECONVEYANCE | 4/30/2002 12:56:08 PM |
| KELLY, JOHN C | UNITED TITLE OF NEVADA | 200204300002045 | SUBSTITUTION/RECONVEYANCE | 4/30/2002 12:56:08 PM |
| HOUSING AND URBAN DEVELOPMENT | DEMARTINEZ, BLANCA GARZA | 200601250000428 | SUBSTITUTION/RECONVEYANCE | 1/25/2006 8:12:14 AM |
| TREASURER CLARK COUNTY | BAILEY, JAMES BRADLEY | 200602240001958 | DEED OF RECONVEYANCE | 2/24/2006 12:00:40 PM |
| BAILEY, JAMES BRADLEY | SCHUMACHER, COLLEEN K EE | 200803260003223 | DEED OF TRUST | 3/26/2008 2:06:32 PM |
| SCHUMACHER, COLLEEN | BAILEY, JAMES BRADLEY | 200803260003221 | SUBSTITUTION/RECONVEYANCE | 3/26/2008 2:06:32 PM |
| KELLY, DIXIE DAVIS | BAILEY, JAMES BRADLEY | 200803260003222 | SUBSTITUTION/RECONVEYANCE | 3/26/2008 2:06:32 PM |
| TURNER, JOY L | NONE SHOWN | 200804010004064 | AFFIDAVIT TERMINATION | 4/1/2008 2:28:23 PM |
| BAILEY, JAMES BRADLEY | KELLY, DIXIE DAVIS | 200804030000398 | DEED OF TRUST | 4/3/2008 8:50:39 AM |
| TREASURER CLARK COUNTY | BAILEY, JAMES BRADLEY | 201201230001352 | DEED OF RECONVEYANCE | 1/23/2012 9:24:58 AM |
| BAILEY, JAMES BRADLEY | TREASURER CLARK COUNTY | 201506100001118 | TAX DEED | 6/10/2015 11:13:18 AM |

5

```
                          Exhibit 1   page2

Back taxes owed                                    $1,500

Deed of Trust 3/26/2008                            $105,000

Deed of Trust 4/3/2008                             $35,000

Trash Liens                                        $1,500

              Total Encumbrances                   $143,000
```
---
```
          Tax Assessors Value                      $19,500

     Local Realtor Broker Price Opinion
              Value As Is condition                $38,000
```