Christopher R. Kaup (SBN 014820)
Justin P. Nelson (SBN 032718)

**TB TIFFANY & BOSCO** P.A.

SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-4237
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0103
E-Mail: crk@tblaw.com; jpn@tblaw.com
*Attorneys for Loren and Margaret Youngman*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>James Bradley Bailey,<br><br>Debtor. | Chapter 7 Proceedings<br><br>Case No. 0:15-bk-12662-DPC<br><br>**STATEMENT OF POSITION ON TRUSTEE'S MOTION TO APPROVE COMPROMISE** |

Creditor Loren Youngman ("Youngman"), by and through undersigned counsel, hereby states his position regarding the Trustee's Motion to Approve Compromise (the "Motion"). Youngman does not object to the Motion but files this Statement to notify the Court and Inpro Investment Partners, LLC ("Inpro") that if the Motion is granted and the properties are sold, he will assert that he holds a senior lien on two of the properties and is entitled to the proceeds from the sale of those two properties.

Inpro's stay relief motion filed at Docket No. 186 sought to foreclose on, among other properties, 4879 Linda Ave., Las Vegas NV 89120 (the "Linda Ave. Property") and 4891 W. Pay Roll Ave., Chloride, AZ 86431 (the "Pay Roll Ave. Property"). The Trustee's Motion recognizes that there may be liens against the properties that are senior to Inpro's liens, and the debts secured by those senior liens should be satisfied before Inpro's debt is satisfied. *See* Motion, Dkt. 205, at 4, n.1. The two properties listed above

secure a loan that Youngman made to Bailey, and Youngman's liens on these properties are senior to Inpro's liens.

In 2009, Youngman loaned the Debtor $100,000, and as security for repayment of the loan, the Debtor granted Youngman a first position deed of trust against the Linda Ave. Property. The Debtor also promised to secure the loan by granting a promised second deed of trust against the Pay Roll Ave. Property. Youngman was granted the first position deed of trust against the Linda Ave. Property but never received the second deed of trust to the Pay Roll Ave. Property. Youngman was fraudulently induced into signing a deed reconveying the Linda Ave. Property to the Debtor. Youngman signed the deed of reconveyance because he was told he had to in order to get paid. Unbeknownst to Youngman, the reconveyance was recorded. This fraudulent deed of reconveyance was future dated for March 24, 2020 and therefore should not have been notarized, nor should it have been recorded. The Debtor never satisfied the debt, and the debt continues to accrue interest.

If these properties are sold, the proceeds from the sale should be held in trust by the Trustee until a determination is made as to who is entitled to the proceeds. Youngman will prove that he holds senior liens on these properties under the equitable lien doctrine. The Debtor owes Youngman a debt, secured by an equitable lien in the two properties that the Debtor agreed would secure Youngman's loan. *See, et seq.,* 51 Am. Jur. 2d Liens § 34. The Debtor has failed to satisfy the debt owed to Youngman, and Youngman has no adequate remedy at law to satisfy the debt. *See id.* Youngman will prove that his liens are senior to Inpro's liens and that he is entitled to the proceeds from the sale of these two properties after the property is sold with liens to attach to the proceeds.

/ / /

/ / /

RESPECTFULLY SUBMITTED this 14th day of June, 2017.

**TIFFANY & BOSCO, P.A.**

By: /s/ Christopher R. Kaup, #014820
    Christopher R. Kaup
    Justin P. Nelson
    *Attorneys for Loren and Margaret Youngman*

**FOREGOING** electronically filed with the Clerk of United States Bankruptcy Court this 14th day of June, 2017.

**COPIES** served by the Court's electronic notification system if marked with and "*" or otherwise mailed on this or the next business day to:

| | |
|---|---|
| James Bradley Bailey<br>8639 W Quail Ridge<br>White Hills, Arizona 86445<br>*Pro Se Debtor* | Terry A. Dake, LTD.<br>20 E. Thomas Rd., Suite 2200<br>Phoenix, Arizona 85012-3133<br>tdake@cox.net<br>*Attorney for Trustee\** |
| Jennifer A. Giaimo<br>OFFICE OF THE US TRUSTEE<br>230 N First Avenue, Suite 204<br>Phoenix, Arizona 85003-1706<br>Jennifer.A.Giaimo@usdoj.gov<br>*U.S. Trustee's Office\** | Lawrence J. Warfield<br>P.O. Box 3350<br>Carefree, Arizona 85377<br>info@phxbankruptcy.com<br>*Chapter 7 Panel Trustee\** |
| Leonard J. McDonald, Jr.<br>ecf@tblaw.com<br>*Creditor Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2007-2, Asset Backed Certificates, Series 2007-2\** | Lakshmi Jagannath<br>Kristin E McDonald<br>bknotice@mccarthyholthus.com<br>kmcdonald@mccarthyholthus.com<br>kmcdonald@ecf.courtdrive.com<br>*Creditor Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-16; Creditor Seterus, Inc.; Creditor Wells Fargo Bank, N.A.\** |
| John E. Parzych<br>jparzych@ngdlaw.com<br>*Creditor Inpro Investment Partners, LLC\** | Nathan Frederick Jones Smith<br>Nathan@mclaw.org; AZ_ECF@mclaw.org<br>*Creditor Bank of America, N.A.\** |
| | Jody A. Corrales<br>jcorrales@dmyl.com; mfelix@dmyl.com<br>*Creditor CIT Bank, N.A. fka OneWest Bank\** |

/s/ Louis A. Lofredo