

JAMES B. BAILEY
(*pro se DEBTOR*)
8639 w. Quail Ridge dr.
White Hills, AZ 86445
928-377-0493

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re; James Bradley Bailey,

   Debtor,

Hearing Date:
Hearing Time:
Location: Courtroom 603
U.S. Courthouse and Federal Building,
230 North 1st Avenue, Suite 101,
Phoenix, AZ 85003

Case No: **0:15-BK-12662-DPC**
Chapter: **7**   Adv 17-175

THE HONORABLE;
CHIEF JUDGE DANIEL P. COLLINS

**VERIFIED COMPLAINT FOR
PRELIMINARY INJUNCTION AGAINST
LAWRENCE J WARFIELD
and TERRY A DAKE**

TO THIS HONORABLE COURT, U.S. TRUSTEE, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

James Bradley Bailey (hereinafter referred to as "Debtor Bailey") hereby gives NOTICE of filing of this **"VERIFIED COMPLAINT FOR PRELIMINARY INJUNCTION"**

### I. PRELIMINARY STATEMENT

Whereas Debtor Bailey, hereby files this COMPLAINT against the above named parties and provides, sworn declaration, facts and memorandum points and has filed a separate **"MOTION TO REMOVE TRUSTEE"** filed into this case in support and as part of this complaint.

1

## II. PARTIES

**Lawrence J Warfield**  current chapter 7 Trustee  **(Defendant)**

**Terry A Dake**  current assigned Legal Attorney for Trustee  **(Defendant)**

**Tri State Collection and Foreclosure services** LLC

**Gary Grynkewich**  Attorney for Tri State Collection and Foreclosure services

**United Investment Partners 2015** LLC

**Suzanne Lovely**; Real Estate Investor

**Inpro Investment Partners** LLC; lender

**James Bailey** (debtor); real estate contractor, property renovations

**Bobbie Price**;  Real Estate Investor

## III. INTRODUCTION

This complaint comes before this Honorable Court as a result the alleged unlawful actions taken by the Trustee Lawrence J Warfield and his attorney Terry A Dake (Defendants).

The relationship has now turned "Toxic" between the Defendants and the Debtor-Bailey and other involved parties of interest.

Debtor asserts that Defendants have violated the Trustees oath of office by failing to remain as a disinterested neutral party as he has sworn to uphold.   The defendants have taken a position of a "Plaintiff" against the Debtor and thus violated the vial of protection afforded to Debtors who seek and relies on the just and proper actions of this honorable court.

The relationship must be severed,  The Debtor believes that he has the right to peacefully peruse the course of the bankruptcy process to seek a fresh start, without volatile, unwarranted, unjust, constant attacks by the Defendants and seeks the protection of this honorable court by asking for  the relief requested below.

/
/
/
/
/

## IV. COMPLAINT AND FACTS

Whereas Debtor/Plaintiff James Bailey; complains against Defendants and for causes of action alleges as follows:

1. Defendants "Trustee Lawrence J Warfield and his attorney Terry A Dake" Did openly knowingly and willfully take unlawful action by one or more of the following;
2. Malfeasance
3. Conspiracy
4. Collusion
5. Profiteering
6. Abuse of Civic power
7. Abuse of Court powers
8. Violation of oath
9. Frivolous claims
10. Slanderous and libelous claims
11. Dirty hands
12. Violation of rules of professional conduct
13. Tortoise Financial injury
14. And others to be named

Any one of the above violations are enough to dismiss the Trustee and his counsel from further involvement in this case.

and

15. Defendants have and are in the process of causing irreparable harm to several innocent parties and this court owes a duty to those parties to order the Defendants to cease and desist before more irreversible harm comes to those innocent persons. (and therefore have merit to bring forth this action).

16. The properties that have been sized belong to the original buyers and are exempt from this Trustees unauthorized seizure as he has done and must be barred from further action.

17. Plaintiff brings this action pursuant to (16 ARS. Rules of Civil Procedure, Rule 65).

/

18. Parties who have been harmed by the Defendant could be further harmed if the court does not place an immediate hold and **"RESTRAIN THE DEFENDANTS"**.

19. Defendant has failed to consider the injury caused to other innocent parties before taking damaging action against the other parties.

20. Plaintiff was not provided with proper notice prior to the unlawful acts by the defendants and was not questioned about facts that could have cleared up matters from the start.

21. Plaintiff and other parties have a "Reasonable Expectation" of prevailing in the outcome of this case (and therefore have merit to bring forth this action).

22. Neither Defendants nor their agents, representatives or employees had or have advised Plaintiff of their intent, nor did they question the facts prior to their alleged unjust actions and have therefore liabled themselves and are subject to reimbursement to those parties for their legal defense fees.

23. Plaintiff Bailey has not knowingly, willfully violated any law, rules or code.

24. Plaintiff and other parties has no remedy at law for the imminent and irreversible harm from the pending loss of the property through Trustees actions Plaintiff seeks relief in this court rather than under Arizona / Nevada and federal law.

## V. CONCLUSION

Debtor Bailey, States that the named Defendants have repeatedly openly knowingly and willfully proceeded with filing actions without consulting other Attorneys assigned to these properties, and without first carefully reviewing the damage they were causing by their actions, This Honorable Court can "Restrain the Defendants" from causing further injury to the innocent parties and it is within this courts power to ORDER the immediate restraint, and issue an ORDER to Cease and Desist until they are replaced by a new "Unbiased" Trustee.

/

/

4

Case 0:15-bk-10625-DPC  Doc 241  Filed 06/28/17  Entered 06/28/17 13:27:04  Desc
Main Document    Page 4 of 6

## VI. REQUEST FOR RELIEF

**WHEREFORE,** Debtor Bailey requests the following relief:

(a) an **ORDER "RESTRAINING DEFENDANTS" from further action on this case** case 0:15-BK-12662-DPC and 17-ap-152 and 17-ap-175

(b) an award of statutory damages to Bailey in an amount to be determined at trial;

(c) an award of punitive and treble damages in an amount to be determined at trail;

(d) for pre and post judgment interest against Defendants

(e) an award of costs and reasonable attorney's fees against Defendants

(f) an **ORDER "Vacating or Nullifying** the LIS PENDENS and any claims against the land, homes and or property's mistakenly filed involving "TRUSTEE-Debtor Bailey" against the property's owned jointly among several of the remaining and active investment partners in Las Vegas and Arizona resulting from Adversary cases no. 0:17-ap-152 and 0:17-ap-175 and to return those properties to their owners.

(g) an **ORDER not prohibiting** Debtor Bailey later from commencing civil action for recovery of any finical and property loss against these Defendants any and all parties who have participated in frivolous prosecution, defamation, slander, or other injury to Bailey.

(h) such other and further relief as deemed just and appropriate by the court.

/
/
/
/
/
/
/

## VII. VERIFICATION

I, James Bailey, am the Debtor Plaintiff in the above action. I have read the foregoing and I know the contents thereof. The same is true of my own personal knowledge.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 21, 2017.

Dated: June 21, 2017,                    _____
                                          JAMES BRADLEY BAILEY

Case No. 0:15-BK-12662-DPC
Chapter 7
JAMES B. BAILEY
(*pro se DEBTOR*)
8639 w. Quail Ridge dr.
White Hills, AZ  86445
928-377-0493

See attached Certificate of Mailing page 1 and 2

AND   attached but filed separately **"MOTION TO REMOVE TRUSTEE"** filed into this case in support <u>and as part of this complaint.</u>