JAMES B. BAILEY
(*pro se* DEBTOR)
8639 w. Quail Ridge dr.
White Hills, AZ 86445
702-768-2883

FILED USBC CLRK PHX
2018 NOV 1 AM 9:33

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re; James Bradley Bailey,

Debtor,

Hearing Date: Nov 1 2018
Hearing Time: 10AM
Location: Courtroom 603
U.S. Courthouse and Federal Building,
230 North 1st Avenue, Suite 101,
Phoenix, AZ 85003

Case No: **0:15-BK-12662-DPC**
Chapter: **7**

THE HONORABLE;
CHIEF JUDGE DANIEL P. COLLINS

LAWRENCE J WARFIELD, TRUSTEE,

**FIRST AMENDED SCHEDULE OF EXHIBITS TO ATTACH TO DOCUMENT #294 REGARDING CLAIM# 19**

ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Please Take NOTICE of this Filing with the Court; James Bradley Bailey (hereinafter referred to as "Debtor Bailey") hereby respectfully submits this "First Amended Schedule of Exhibits" in order to UPDATE AND CLARIFY these Exhibits.

1. Debtor Bailey "prays that" this honorable will issue an Order for a evidentiary hearing to address the Factual Challenges that plague this claim. And believes that the evidentiary hearing is greatly required to resolve the many factual challenges.

1

2. The original set of exhibits that were attached to document #294 were biased on the "best and highest information available at that time, these amended exhibits represent the latest information as of Nov 1, 2018, If further and newer information becomes available James Bailey reserves the right to further amend the exhibits accordingly for the latest and best information available.

3. James Bailey submits the "recreated Exhibits" marked as EXHIBIT "C" a check that was paid to "Chris M. Craig" who is believed to be a agent of Loren Youngman, The recreated check is biased on testimony of "Carmen Marcuccio" the person who allegedly issued a cashier's check for $115,000 to the estate of Loren Youngman, This is the reason that a evidentiary hearing is greatly needed so the court may determine if Loren Youngman has committed Fraud upon this court and is guilty of this very serious criminal offense.

4. James Bailey submits the "recreated Exhibits" marked as EXHIBIT "E" a recreated bill of sale biased on the "testimony of the buyer "Carmen Marcuccio" who is prepared to come into court and swear that he "Owns the Note and deed of trust that he bought for $115,000 from the Youngman estate, THIS IS WHY WE NEED A EVIDENTIARY HEARING.

5. Please see "Exhibit D" the Assignment of his deed of trust from Loren Youngman to "9128 Diamond Lake Avenue Irrevocable Trust" signed on August 30, 2016 and notarized by the seller Loren Youngman and recorded in the County of Clark Nevada as instrument 20160919-0003080 a year before he filed his "Claim #19" and yet Youngman denys and defends this act, THIS IS WHY WE NEED A EVIDENTIARY HEARING.

Dated: November 1, 2018

_____
JAMES BRADLEY BAILEY

## Schedule of Exhibits

| Exhibit | |
|---|---|
| A | Claim #19 filed by The Youngmans and their Attorney on 8/8/2017 |
| B | Proof of Claim form 410 filed demanding $421,482 |
| C | Check to the Youngmans for $115,000 for 4879 Linda ave |
| D | Clark County Recorded document, Youngmans there sold loan |
| E | Statement of Buyer of the 4879 Loan from Youngmans $115,000 |
| F | Clark County Nevada Recorder 4879 Linda ave. documents |

4879 Home
(2) C

Inst #: 20160919-0003080
Fees: $18.00
N/C Fee: $25.00
09/19/2016 03:12:40 PM
Receipt #: 2876594
Requestor:
THE 9128 DIAMOND LAKE AVE I
Recorded By: MAYSM   Pgs: 2
DEBBIE CONWAY
CLARK COUNTY RECORDER

RECORDING REQUESTED BY:
The 9128 Diamond Lake Avenue
Irrevocable Trust

AND WHEN RECORDED MAIL TO:
The 9128 Diamond Lake Avenue Irrevocable Trust
9128 Diamond Lake Ave
Las Vegas, NV 89129

APN: 161-08-810-068

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## ASSIGNMENT OF DEED OF TRUST

For value received, LOREN YOUNGMAN hereby grants, assigns and transfers to The 9128 Diamond Lake Avenue Irrevocable Trust all beneficial interest under that certain Deed of Trust With Assignment of Rents dated June 29, 2009 executed by Bradley Bailey, Trustor, to First American Title Company., Trustee, and recorded on July 1, 2009 as Instrument No. 20090701-0002739 of Official Records in the office of the County Recorder of Clark County, Nevada, describing land therein as: LOT THREE (3) IN BLOCK FOUR (4) OF VEGAS VALLEY ESTATES TRACT NO. 2, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 4 OF PLATS, PAGE 1, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

SAVE AND EXCEPT THE WEST 200 FEET THEREFROM.

together with the servicing rights, note secured by deed of trust of even date, and executed by Bradley Bailey as therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust and Note Secured By Deed of Trust.

This assignment is made without representation, recourse or warranty by assignor.

Dated: August 30, 2016

_Loren Youngman_
LOREN YOUNGMAN

4819 Home

② c

Inst #: 20160919-0003081
Fees: $18.00
N/C Fee: $25.00
09/19/2016 03:12:40 PM
Receipt #: 2876594
Requestor:
THE 9128 DIAMOND LAKE AVE I
Recorded By: MAYSM Pgs: 2
DEBBIE CONWAY
CLARK COUNTY RECORDER

RECORDING REQUESTED BY:
The 9128 Diamond Lake Avenue
Irrevocable Trust

AND WHEN RECORDED MAIL TO:
The 9128 Diamond Lake Avenue Irrevocable
Trust
9128 Diamond Lake Ave
Las Vegas, NV 89129

APN: 161-08-810-068

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## ASSIGNMENT OF DEED OF TRUST

For value received, The 9128 Diamond Lake Avenue Irrevocable Trust hereby grants, assigns and transfers to MIDWEST GROUP, LLC all beneficial interest under that certain Deed of Trust With Assignment of Rents dated June 29, 2009 executed by Bradley Bailey, Trustor, to First American Title Company., Trustee, and recorded on July 1, 2009 as Instrument No. 20090701-0002739 of Official Records in the office of the County Recorder of Clark County, Nevada, describing land therein as:

LOT THREE (3) IN BLOCK FOUR (4) OF VEGAS VALLEY ESTATES TRACT NO. 2, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 4 OF PLATS, PAGE 1, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

SAVE AND EXCEPT THE WEST 200 FEET THEREFROM.

together with the servicing rights, note secured by deed of trust of even date, and executed by Bradley Bailey as therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust and Note Secured By Deed of Trust.

This assignment is made without representation, recourse or warranty by assignor.

Dated: September 19, 2016

_____
The 9128 Diamond Lake Avenue Irrevocable Trust
By: Christopher M. Craig, its Trustee

Page 1 of 2

Exhibit "C"

Check for $115,000 from buyer to Youngman for 4879 Linda ave

1. a check that was paid to "Chris M. Craig" who is believed to be a agent of Loren Youngman, The recreated check is biased on testimony of "Carmen Marcuccio" the person who allegedly issued a cashier's check for $115,000 to the estate of Loren Youngman, This is the reason that a evidentiary hearing is greatly needed so the court may determine if Loren Youngman has committed Fraud upon this court and is guilty of this very serious criminal offense.

Image is not available and must be subpoenaed and submitted to the court

James Bailey request a subpoena be issued to Chris Craig and Carmen Marcuccio.

Exhibit "E"

Statement made by Buyer of 4879 Linda ave

Image is not available and must be subpoenaed and submitted to the court

1. a purtchase agreement is biased on testimony of "Carmen Marcuccio" the person who allegedly issued a cashier's check for $115,000 to the estate of Loren Youngman, This is the reason that a evidentiary hearing is greatly needed so the court may determine if Loren Youngman has committed Fraud upon this court and is guilty of this very serious criminal offense.

Image is not available and must be subpoenaed and submitted to the court

James Bailey request a subpoena be issued to Chris Craig and Carmen Marcuccio.